# Court of Appeals
# of the State of Georgia

ATLANTA,   January 09, 2019

*The Court of Appeals hereby passes the following order:*

**A19A0998.  ROBERT STEVEN MCDANIEL v. THE STATE.**

In 2014, Robert McDaniel pled guilty to malice murder and other offenses, and the trial court imposed a sentence of life in prison, to be followed by five years on probation.  In February 2018, McDaniel filed a motion for an out-of-time appeal, which the trial court denied.  McDaniel then filed a notice of appeal in which he asserted that jurisdiction over the appeal lies in the Supreme Court, but directed the record to be transmitted to this Court, where it has been docketed.[1]  We lack jurisdiction.

The Supreme Court has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed."  Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8).  Because a penalty of death may be imposed for the crime of malice murder, jurisdiction is proper in the Supreme Court.  See OCGA § 16-5-1 (a), (e) (1); *Neal v. State*, 290 Ga. 563, 572 (722 SE2d 765) (2012) (Hunstein, C. J., concurring); see also *State v. Thornton*, 253 Ga. 524, 524 (1) (322 SE2d 711) (1984) (directing this Court to transfer "all cases in which either a sentence of death or of life

---

[1] McDaniel also filed an application for discretionary appeal in the Supreme Court, which granted the application on the ground that the denial of his motion for an out-of-time appeal is directly appealable.  See *McDaniel v. State*, No. S18D1312 (June 15, 2018).

imprisonment has been imposed upon conviction of murder"). Accordingly, McDaniel's appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   01/09/2019   *
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*